IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| RIKITA O'NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 2:20-cv-93 |
| | ) | |
| HZ OPS HOLDING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT FOR DAMAGES

Plaintiff, Rikita O'Neal, for her Complaint against Defendant, HZ Ops Holding, Inc. ("HZ"), and states the following:

### I. Parties

1. Plaintiff is a resident of Lake County, Indiana.

2. Defendant, HZ, is a business located in Lake County, Indiana.

### II. Jurisdiction and Venue

3. This court has jurisdiction to hear this claim pursuant to 28 U.S.C. §1331, in that the claims arise under the laws of the United States. Specifically, Plaintiff brings this action to enforce her rights under the FLSA.

4. This court has jurisdiction to hear these state claims pursuant to the court's supplemental jurisdiction under 28 U.S.C. §1367.

5. Venue in the Northern District of Indiana, Hammond Division, is appropriate by virtue Defendant doing business in this District.

### III.  Factual Allegations

19. Plaintiff began working for HZ on December 14, 2019.

20. Plaintiff was an hourly employee of HZ.

21. HZ agreed to pay Plaintiff $12.00 per hour.

22. However, HZ only paid Plaintiff $11.00 per hour.

23. HZ failed to pay Plaintiff at the correct hourly rate throughout her employment.

24. HZ failed to pay Plaintiff at the correct overtime premim throughout her employment.

25. HZ failed to pay Plaintiff at least minimum wages in a timely fashion.

26. HZ failed to pay Plaintiff her hourly wages in a timely fashion.

27. HZ failed to pay Plaintiff her overtime wages in a timely fashion.

28. HZ failed to pay Plaintiff at least minimum wages for all of the hours that she worked.

29. HZ failed to pay Plaintiff her hourly wages for all of the hours that she worked.

30. HZ failed to pay Plaintiff for certain overtime hours.

31. Plaintiff quit her employment with HZ.

32. Plaintiff quit on January 14, 2020.

### III.   Cause of Action

#### Count I
#### Failure to Pay Minimum & Overtime Wages
#### Pursuant to the FLSA, 29 U.S.C. §201 *et. seq.*

33. Plaintiff incorporates paragraphs 1 through 32 by reference herein.

34. Plaintiff was an employee of HZ pursuant to the FLSA.

35. Plaintiff's work for HZs involved interstate commerce.

36. Defendant, HZ, is an employer pursuant to the FLSA.

37. Defendant, HZ, had gross revenues of at least $500,000.00 for the 2018 calendar year.

38. Defendant, HZ, had gross revenues of a least $500,000.00 for the 2019 calendar year.

39. HZ's violations of the FLSA have damaged Plaintiff.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendant in an amount to compensate Plaintiff, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

Respectfully submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49

### Count II
### Indiana's Minimum Wage Statute
### Alternative Claim

40. Plaintiff incorporates paragraphs 1 through 39 by reference herein.

41. Plaintiff was an employee of HZ pursuant to Indiana's Minimum Wage Statute.

42. HZ is an employer pursuant to Indiana's Minimum Wage Statute.

43. HZ failed to properly pay minimum wages for all hours worked.

44. HZ failed to properly pay overtime wages for all hours worked.

45. HZ failed to pay overtime wages at the proper rate for all overtime hours worked.

46. HZ failed to properly pay minimum wages in a timely fashion.

47. HZ failed to properly pay overtime wages in a timely fashion.

48. HZ's violations of Indiana's Minimum Wage Statute have damaged Plaintiff.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendant in an amount to compensate Plaintiff, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

Respectfully Submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49

### Count III
### Wage Payment Statute, I.C. §22-2-5 *et. seq.*

49. Plaintiff incorporates paragraphs 1 through 48 by reference herein.

50. HZ is an employer pursuant to the Wage Payment Statute.

51. HZ failed to pay Plaintiff her wages due and owing in a timely fashion.

52. HZ failed to pay Plaintiff her wages due and owing in the correct amount.

53. Plaintiff has been damaged by JZ's violations of the Wage Payment Statute.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendant for wages owed, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

Respectfully Submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49
Counsel for Plaintiff,
Rikita O'Neal

Weldy Law - 8383 Craig Street, Suite 330, Indianapolis, IN 46250
Tel: (317) 842-6600 / Fax: (317) 288-4013 / E-mail: rweldy@weldylegal.com